IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA,
    PLAINTIFF,

v.                              Civil No. 09-5220

KAYLYNN SHEPHERD,
    DEFENDANT.

## DEFAULT JUDGMENT

The Complaint in the above-entitled action was filed in this Court on October 7, 2009, and after due service of process on the defendant according to law, no appearance, answer or other defense has been served or filed on behalf of the defendant. Default was duly entered as to the defendant on March 17, 2010.

By reason of this default, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the plaintiff, United States of America, does have and recover of and from the defendant the sum of $8,783.18, plus interest from the date of judgment at the legal rate of .42% percent computed daily and compounded annually until paid in full pursuant to 28 U.S.C. § 1961(a) and (b); and $350.00 filing fees pursuant to 28 U.S.C. § 1914(a); and $20.00 docket fees pursuant to 28 U.S.C. § 1923, and costs of this suit.

DATE:  March 31, 2010              /s/ Jimm Larry Hendren
                                                HONORABLE JIMM LARRY HENDREN
                                                CHIEF U. S. DISTRICT COURT JUDGE