IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

    VS.                                                      CIVIL NO. 09-5220

KAYLYNN SHEPHERD,
    Defendant.

    and

THE TRADITIONAL BAKERY, INC.,
 d/b/a PANERA BREAD,
    Garnishee.

## ORDER OF GARNISHMENT

        A Writ of Garnishment, directed to garnishee, has been duly issued and served upon the garnishee. Pursuant to the Writ of Garnishment, the garnishee has filed an Answer to the writ stating that at the time of the service of the writ the garnishee had in the garnishee's possession, custody or under the garnishee's control, personal property belonging to and due defendant and that garnishee was indebted to defendant.

        On September 7, 2010, the defendant was notified of her right to a hearing and has not requested a hearing to determine exempt property.

        IT IS THEREFORE ORDERED that garnishee pay to the plaintiff the sum of twenty-five percent (25%) of the funds currently in its possession belonging to the defendant, pursuant to 15 U.S.C. § 1673. Payments should be made payable to the United States Attorney and mailed to P. O. Box 1524, Fort Smith, Arkansas 72902.

   IT IS FURTHER ORDERED that the garnishment of earnings due from garnishee to defendant shall be continuing in nature, and garnishee is directed to continue paying to plaintiff twenty-five percent (25%) of the earnings of defendant, as such earnings become due, until the garnishee has paid over to the plaintiff the sum of $9,157.72 plus interest of .42%, to plaintiff and continue said payments until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this Court.

   IT IS SO ORDERED.


 November 17, 2010           /s/ Jimm Larry Hendren
Date               HONORABLE JIMM LARRY HENDREN
                 CHIEF U. S. DISTRICT JUDGE